# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| DOUGLAS F. BUSH, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:14-cv-00274-MOC |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 17, 2015 Order.

June 17, 2015

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court